UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WALTER RAY COX, SR. (#514283)  CIVIL ACTION

VERSUS

JAMES M. LeBLANC, SECRETARY, ET AL.  NO. 11-0386-BAJ-CN

RULING ON MOTION

This matter comes before the Court on the plaintiff's Request for Injunction, rec.doc.no. 3.

The pro se plaintiff, an inmate confined at the Elayn Hunt Correctional Center ("EHCC"), St. Gabriel, Louisiana, brought this action pursuant to 42 U.S.C. § 1983 against Secretary James M. LeBlanc, Warden Howard Prince, Ass't Warden Butee, Lt.Col. Betty Johnson, Col. Frank Johnson and Major Stewart, complaining that the defendants have violated his constitutional rights by subjecting him to deliberate medical indifference, by issuing him false and retaliatory disciplinary reports, and by subjecting him to racial discrimination.

In the instant motion, the plaintiff asserts that he is subjected to racial discrimination on a daily basis at EHCC and that he is "in grave danger of falling hard on the concrete sidewalks" - presumably because his walker is missing a "slide" on the left side as alleged in the original Complaint. His allegations, however, are entirely conclusory. In the first place, the mere fact that the plaintiff may have been subjected to racial discrimination or that such discrimination may exist at EHCC does not establish that irreparable injury will occur if injunctive relief is not granted. Further, while the plaintiff may fear that the absence of a slide on his walker will place him at greater

risk of falling, he has not alleged that this condition has in fact caused him to sustain a fall, and in the absence of additional information, the Court is unable to realistically evaluate the extent of the risk faced by him. Accordingly, although the plaintiff is unhappy with the discriminatory treatment which he has allegedly received at the hands of security officers and the level of medical care which has allegedly been provided to him, he has provided insufficient information to establish that the defendants' conduct has amounted to deliberate indifference, Farmer v. Brennan, 511 U.S. 825, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994). On the record before the Court, therefore, the plaintiff has not made out a showing of entitlement to injunctive relief. Specifically, the plaintiff has failed to sufficiently establish any of the four elements warranting such relief: (1) a likelihood of irreparable injury, (2) an absence of harm to the defendants if the injunction is granted; (3) an interest consistent with the public good; and (4) a substantial likelihood of success on the merits. Canal Authority v. Callaway, 489 F.2d 567 (5th Cir. 1974). Therefore,

**IT IS ORDERED** that the plaintiff's Request for Injunction, rec.doc.no. 3, be and it is hereby **DENIED**.

Baton Rouge, Louisiana, this 21st day of July, 2011.

---
**BRIAN A. JACKSON**
**UNITED STATES DISTRICT JUDGE**