UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WALTER RAY COX, SR. (#514283)

VERSUS

JAMES M. LEBLANC, SECRETARY, ET AL

CIVIL ACTION

NO. 11-386-BAJ-CN

**RULING**

The Court, having carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated December 9, 2011 (doc. 33), and plaintiff's objection thereto (doc. 35), hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that defendants' motion for summary judgment (doc. 20) is granted, dismissed the plaintiff's claims against the moving defendants, without prejudice, for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that summary judgment is granted, <u>sua sponte</u>, in favor of defendant Stewart, for reasons stated in the Magistrate Judges Report and Recommendation. The defendant's motion to dismiss (doc. 19) is denied as moot.

The Court declines to exercise supplemental jurisdiction over plaintiff's state law claims, and this action is hereby dismissed in its entirety.

Baton Rouge, Louisiana, February 29, 2012.

											_____
											BRIAN A. JACKSON, CHIEF JUDGE
											UNITED STATES DISTRICT COURT
											MIDDLE DISTRICT OF LOUISIANA